UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Matthew Wayne Hylton                          Case No.   **08-36242-DOT**
           Michelle Anderson Hylton
               Debtor(s)                     Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1.  The Attorney has provided services to the Debtor(s) in connection with the following:

     **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **9/27/2010** for which the Attorney requests compensation for service in the amount of $250.

2.  Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3.  The Attorney is the sole provider of legal services to the Debtor(s).

4.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                         Respectfully submitted,

                         /s/ Richard J. Oulton
                         Richard J. Oulton (VSB#29640)
                         Attorney for Debtor
                         The Debt Law Group, PLLC
                         2800 N. Parham Rd, Ste 100
                         Henrico, VA 23294
                         (804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                         /s/ Richard J. Oulton
                         Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:      Matthew Wayne Hylton              Case No.     **08-36242-DOT**
           Michelle Anderson Hylton
               Debtor(s)            Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

You must also mail a copy to:             Richard J. Oulton, Esq.
                                  The Debt Law Group, PLLC
                                  2800 N. Parham Rd, Ste 100
                                  Henrico, VA 23294
                                  Attorney for the Debtor(s)

:      Chapter 13 Trustee:   Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

<u>Attend a hearing which will be scheduled at a later date.</u>  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                          /s/ Richard J. Oulton
                                     Richard J. Oulton (VSB#29640)
                                     Attorney for Debtor
                                     The Debt Law Group, PLLC
                                     2800 N. Parham Rd, Ste 100
                                     Henrico, VA 23294
                                     (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                     /s/ Richard Oulton
                                     Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

Amer Honda
1030 Cambridge Squ
Alpharetta, GA 30201


Bb&T
P O Box 1847
Wilson, NC 27894


Bon Secours Richmond Hlth Syst
P.O. Box 28538
Richmond, VA 23228


Cap One
Pob 30281
Salt Lake City, UT 84130


Cap One Na
11013 W Broad St
Glen Allen, VA 23060


Cc Cert/Gemb
Po Box 981439
El Paso, TX 79998


Chase
Bank One Card Serv
Westerville, OH 43081


Citfingerhut
6250 Ridgewood Roa
Saint Cloud, MN 56303


Countrywide
450 American St
Simi Valley, CA 93065


Discover Fin
Pob 15316
Wilmington, DE 19850


Fia Csna
4060 Ogletown/Stan
Newark, DE 19713

First Mkt Bk
P.O. Box 357
Memphis, TN 38150


Gemb/Dillard
Po Box 981432
El Paso, TX 79998


Goodyearcbsd
Po Box 6497
Sioux Falls, SD 57117


Hsbc Bank
Po Box 19360
Portland, OR 97280


Kohls/Chase
N56 W17000 Ridge
Menomonee Fall, WI 53051


Newport News
Po Box 659705
Columbus, OH 43218


Penn Foster
925 Oak Street
Scranton, PA 18515


Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57117


Target N.B.
Po Box 673
Minneapolis, MN 55440


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Vw Credit
2333 Waukegan Rd
Deerfield, IL 60015

Web Bank
8405 Sw Nimbus Ave
Beaverton, OR 97008


Wf Fin Bank
3201 North 4th Ave
Sioux Falls, SD 57104


Wf Fin Bank
Po Box 5943
Sioux Falls, SD 57117


Wfnb/Spieg
Po Box 659705
Columbus, OH 43218


Wfnnb/Garrdg
Po Box 2995
Shawnee Missio, KS 66201


Wfnnb/Spiegel
995 W 122nd Ave
Westminster, CO 80234